**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| GENERAL MOTORS LLC, | * |
| Petitioner, | * |
| v. | * |
| KEISHA DRUMWRIGHT, Individually, and as the mother, custodian and next friend of the ESTATE OF X.D., a Minor, and K.D., a Minor, | * |
| | *   Civil Action No. |
| Respondents. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**GENERAL MOTORS LLC'S EMERGENCY VERIFIED PETITION FOR**
**AN ORDER TO PRESERVE EVIDENCE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 27**

Petitioner, General Motors LLC ("GM"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 27, petitions this Court for an Order: (1) requiring the preservation of the post-accident condition of a 2018 Chevrolet Equinox (VIN: 2GNAXSEV1J6211482) (the "Subject Vehicle") that was involved in an accident on February 21, 2024 and is currently owned by Liberty Mutual Insurance Company; and (2) preventing an intended and any other pre-suit destructive inspection of the Subject Vehicle. A joint inspection is scheduled for **July 15, 2026** at which Respondents, Keisha Drumwright, Individually, as the mother, custodian and next friend of the Estate of minor X.D and minor K.D. ("Drumwright Respondents"), intend, despite GM's objections, to perform unspecified "testing" on the Subject Vehicle and to remove and disassemble various components from the vehicle, which will materially alter and destroy its post-accident condition. GM plans to conduct a non-destructive

inspection of the vehicle on that date. Given the imminent inspection date and that the Drumwright Respondents are represented by counsel, an expedited briefing schedule and hearing date are requested.

As set forth more fully in the accompanying Memorandum of Law, GM meets the conditions of Fed. R. Civ. P. 27 because it: (1) anticipates litigation arising from the accident, specifically a product liability action to be filed by the Drumwright Respondents; (2) expects to be a defendant in that action, so it cannot bring this matter before the Court; and (3) an injustice to GM will occur if the Drumwright Respondents are permitted to perform their intended destructive inspection of the Subject Vehicle on July 15, 2026.

Immediate court intervention is necessary given that a "technician" on behalf of the Drumwright Respondents plans to do unspecified invasive "on vehicle testing" and remove and disassemble the vehicle's brake pads, rear calipers, master cylinder, vacuum pump, and "other brake related components" on July 15, 2026 despite: (1) GM's vehement objections and significant attempts to reach an agreement with counsel on the scope of the inspection; and (2) the Drumwright Respondents' duty to preserve the Subject Vehicle in its post-accident condition given that litigation is anticipated. Once those alterations occur, the Subject Vehicle can never again be restored to its post-accident condition. Because this matter is not in suit and no formal product defect allegations have been asserted against GM at this time, GM will be severely prejudiced and unable to protect its interests if the Drumwright Respondents' intended destruction and material alteration of the Subject Vehicle from its post-accident condition proceeds on that date. No later sanction or evidentiary remedy can recreate the evidence that will be lost.

Based on the foregoing, it is respectfully requested that this Court immediately grant GM's petition and enter an order: (1) precluding the Drumwright Respondents' intended destructive

inspection of the Subject Vehicle on July 15, 2026 detailed in Step 6 of their inspection protocol, attached to the accompanying Memorandum of Law as Exhibit J; and (2) preventing performance of their intended or any other destructive inspection of the Subject Vehicle at any time before suit is filed.

A proposed order granting GM's petition is included, as well as a proposed show cause order.

Respectfully submitted,

*/s/ Michael A. Brown*

Michael A. Brown (Bar No. 7483)
Timothy M. Hurley (Bar No. 28281)
Florina Lupei (Bar No. 31134)
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
100 S. Charles Street | Suite 1600
Baltimore, Maryland 21201
(443) 392-9400 (Telephone)
(443) 392-9499 (Facsimile)
Mike.brown@nelsonmullins.com
Tim.hurley@nelsonmullins.com
Florina.lupei@nelsonmullins.com
*Attorneys for Petitioner,*
*General Motors LLC*

**OF COUNSEL:**
Francis J. Grey, Jr., Esq.
Monica V. Pennisi Marsico, Esq.
Alexander M. Shaen, Esq.
RICCI TYRRELL JOHNSON & GREY
1515 Market Street, Suite 1800
Philadelphia, PA 19102
Telephone: (215) 320-3260
Facsimile: (215) 320-3261
fgrey@rtjglaw.com
mpmarsico@rtjglaw.com
ashaen@rtjglaw.com
*Attorneys for Petitioner,*
*General Motors LLC*

## CERTIFICATE OF SERVICE

I certify that, on this 26th day of June 2026, true and accurate copies of: (1) General Motors LLC's Emergency Verified Petition for Order to Preserve Evidence Pursuant to Federal Rule of Civil Procedure 27; (2) Memorandum of Law in Support; (3) accompanying Verification of undersigned counsel; (4) and [Proposed] Orders has been served electronically upon the following:

Mark R. Millstein, Esquire
1101 Saint Paul Street, Suite 404
Baltimore, MD  21202

David M. Silbiger, Esquire
110 East Lexington Street, Suite 100
Baltimore, MD  21202
*Attorneys for Respondents,*
*Keisha Drumwright, individually,*
*as the mother, custodian and next*
*friend of the Estate of X.D and*
*K.D., a minor*

Liberty Mutual Insurance Company
c/o Ticia John

*/s/  Michael A. Brown*
Michael A. Brown

iv

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| GENERAL MOTORS LLC, | * | |
| Petitioner, | * | |
| v. | * | |
| KEISHA DRUMWRIGHT, Individually, and as the mother, custodian and next friend of the ESTATE OF X.D., a Minor, and K.D., a Minor, | * | Civil Action No. |
| Respondents. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>VERIFICATION</u>**

I, Timothy M. Hurley, Esquire, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am counsel for Petitioner General Motors LLC in this matter. General Motors LLC is not present in the District of Maryland and I am authorized to execute this Petition and Verification on its behalf.

2.      I have read the foregoing Emergency Verified Petition for an Order to Preserve Evidence Pursuant to Federal Rule of Civil Procedure 27 and the Memorandum of Law in Support.

3.      The factual allegations contained therein are true and correct to the best of my knowledge, information, and belief, based upon my review of documents.

4.      I verify that the Petition is submitted in good faith and not for the purpose of harassment or delay.

v

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26<u>th</u> day of June 2026, at Baltimore, Maryland.


_____

Timothy M. Hurley, Esquire

vi